**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Marine Technology Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4787416** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **333 South Market Street, Suite B**<br>**Selinsgrove, PA 17870** | **PO Box 422**<br>**Liverpool, PA 17045** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Snyder** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.martecsol.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __2389__

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Marine Technology Solutions, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2021**
    MM / DD / YYYY

X **/s/ Clarence LaMora**                                    **Clarence LaMora**
   Signature of authorized representative of debtor                  Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Brian L. Kerstetter, Esquire**                      Date **March 19, 2021**
   Signature of attorney for debtor                                 MM / DD / YYYY

**Brian L. Kerstetter, Esquire**
Printed name

**Kerstetter Law Office**
Firm name

**3948 Westbranch Highway**
**Lewisburg, PA 17837**
Number, Street, City, State & ZIP Code

Contact phone   **(570) 524-6020**        Email address   **brian@kerstetterlaw.com**

**83934 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**March 19, 2021**__    X **/s/ Clarence LaMora**
                                     Signature of individual signing on behalf of debtor

                                       **Clarence LaMora**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Debtor name **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................... $ **15,600.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................ $ **332,516.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... $ **348,116.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ **18,864.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **1,938,167.53**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **540,461.42**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                 $ **2,497,492.95**

Case 1:21-bk-00555-HWV    Doc 1    Filed 03/19/21    Entered 03/19/21 15:36:40    Desc
Main Document      Page 7 of 47

**Fill in this information to identify the case:**

Debtor name    **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| | | |
| --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1. | Paid full year rent on property located at 30751 Route 3, Felts Mills, NY 13601. Lease agreement term is 6/18/2020 thru 6/17/2021. Payment of $15,600.00 paid to All Js Enterprises, LLC on 6/19/2020. Monthly rent of $1,200.00. | $4,800.00 |

| | | |
| --- | --- | --- |
| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | $4,800.00 |

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **(7) L-Shape Desks with Hutches $1,400.00** <br> **(1) 96x44 R/T Table $337.00** <br> **(1) CHY 71" Top for (2) PL112 (to make lateral credenza) $88.00** <br> **(2) 2 DWR Cabinet $392.00** <br> **(8) Used 5X5 Cubicles (65" Tall) $3,664.00** <br> **(6) Leather Low Back Task Chairs $300.00** <br> **(1) Mahogany 6' Book Shelf $50.00** <br> **(1) 23.5' Cubicle Wall (75" Tall) $742.00** <br> **(12) High Back Task Chairs $900.00** <br> **(10) 4 Drawer Vertical Files $750.00** <br> **(2) Red Side Chairs $40.00** <br> **(1) 9' Cubicle Wall (75" Tall) $370.00** <br> **(3) 42" Round Table $225.00** <br> **(4) Blue Lunch Room Chairs $40.00** <br> **(1) 66X30 Desk Shell $200.00** <br> **(1) Used Cubicle Parts $700.00** <br> **(4) Stack Chairs $40.00** <br> **(1) 48" Round Honey Table $75.00** <br> **(2) Used Mesh Back Task Chairs $100.00** <br> **(6) Task Chairs $120.00** <br> **(1) Refrigerator $25.00** <br> **(3) L-Shape Desks $1,200.00** <br> **(1) Bookshelf to match L-Shape Desks $50.00** <br> **(1) 6' Credenza $100.00** <br> **(1) 36' Round Table $75.00** <br> **(1) 48" Round Table $75.00** <br> **(4) Side Chairs $60.00** <br> **(1) Sofa $200.00** <br> **(1) Round Coffee Table $20.00** <br> **(15) 80" Tall Steelcase Panels and Hardware $2,250.00** | **$0.00** | | **$14,588.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| | | |
|---|---|---|
| **communication systems equipment and software**<br>**(15) Desktop Computers with**<br>**Monitors/Keyboards/Mice $7,500.00**<br>**(1) Canon ImageRunner Coper/Printer/Scanner**<br>**$6,915.00** | $0.00 | $14,415.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

     Add lines 39 through 42. Copy the total to line 86.      | $29,003.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **555D Ford Backhoe with Loader** | $0.00 | | $18,250.00 |
| 47.2.    **2020 Carrycraft Trailer - VIN:**<br>**4YMBU142XLG039735 $2,627.00**<br>**2020 Cam Superline Trailer - VIN:**<br>**5JVVCF1820LP505792 $5,750.00**<br>**2020 Premier Trailer - VIN:**<br>**5B5PS1620LH009845 $3,299.00**<br>**2020 Cam Superline Trailer - VIN:**<br>**5JVVCF2025LP506731 $5,770.00**<br>**2021 Anvil6X12 Enclosed Trailer - VIN:**<br>**7FYBE1219MD016609 $3,150.00**<br>**Roadway Equipment Trailer w/tank**<br>**$2,800.00**<br>**Roadway Equipment Trailer w/tank**<br>**$2,800.00**<br>**2016 Mentzer Trailer - VIN:**<br>**4M9BF1116GN001375 $1,265.00**<br>**2019 Diamond Cargo Trailer - VIN:**<br>**53NBE0610K1070030** | $0.00 | | $27,461.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Case 1:21-bk-00555-HWV    Doc 1    Filed 03/19/21    Entered 03/19/21 15:36:40    Desc
Main Document    Page 10 of 47

| 48.1. | **1993 Renken Boat & Trailer (Hull ID RBMRAOOSJ293) VIN: 4T518BB0PA001517** | | $0.00 | | $5,007.00 |

| 49. | **Aircraft and accessories** |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**Reman Okada OKB312B Hydraulic Breaker 5236R  $15,000.00**
**Wacker G25 Generator - 20056154  $6,560.00**
**Atlascopco XATS375JD6 Compressor - H0P071898  $12,400.00**
**Multiquip DCA25USl2C Generator - 8104985 $9,500.00**
**Honda EB6500 Generator - EBLC-1032235 $2,425.00**
**Honda EB6500 Generator - EBLC-1032240 $2,425.00**
**Honda EB6500 Generator - EBLC-1032244 $2,450.00**
**Brush Bandit 250xp Chipper - 21688 $15,000.00**
**Honda EM5000 Generator - EBMC-1028391 $2,249.00**
**Kubota AP-sL74sLLC Bkt/Cheek - 1026585K $1,590.00**
**Landpride Pallet Forks - 1019494K  $895.00**
**Honda EM5000 Generator EBMC-1028387 $2,249.00**
**Honda EM5000 Generator EBMC-1028361 $2,249.00**
**Stihl Ts5001-14 Cutquik Saw - 184118666 $1,210.00**
**Stihl Ts5001-14 Cutquik Saw - 184539405 $1,210.00**
**Stihl Ts800-16 Cutquik Saw - 184723736 $1,350.00**
**Honda EM5000 Generator - EBMC-1028391 $2,249.00**
**Kubota SVL75 Track Loader - 11869 $36,900.00**
**Case 850-E Dozer w/winch  -JAR0003330 $26,000.00**
**Kobelco 8' Buckets for Skid Steers  $3,800.00**
**John Deere 440C skidder  $9,500.00**
**Slenderline 1925 Generator  $7,800.00**
**Welco Benz 5535 Compressor  $8,600.00**
**Honda 2500 Generators  $12,400.00**
**Grimes 2" Water Pumps  $9,300.00**
**Gramco 3' Double Diaphram Pumps $11,664.00**
**Ford 555 Backhoe w/Extendahoe - C028277 $18,250.00**
**Negative Air Machines (22)  $22,770.0**      $0.00      $247,995.00

| 51. | **Total of Part 8.** | | | $298,713.00 |
| | Add lines 47 through 50. Copy the total to line 87. | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.  **Lease for property located at 30751 Route 3, Felts Mills, NY 13601. Lease agreement term is 6/18/2020 thru 6/17/2021. Payment of $15,600.00 paid to All Js Enterprises, LLC on 6/19/2020. Monthly rent of $1,200.00.** | | **$0.00** | | **$15,600.00** |

56. **Total of Part 9.**                                                                          **$15,600.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case 1:21-bk-00555-HWV    Doc 1    Filed 03/19/21    Entered 03/19/21 15:36:40    Desc
Main Document     Page 12 of 47

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**
      www.martecsol.com                                    Unknown                              Unknown

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                      | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,003.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $298,713.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $15,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $332,516.00 | + 91b. $15,600.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $348,116.00 |

| | | | | | | | Year 1 33.33% 3-Year / 20% 5-Year | Year 2 44.45% / 32% | Year 3 14.81% / 19.20% | Year 4 7.41% / 11.52% | Year 5 11.52% | Year 6 5.76% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTS # | Table A - General Depreciation | Description | # | Status | Date | Cost | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Sum Check |
| 007 | 5-Year | Kobelco 75SVL Skid-steer w/tracks | 1 | Purchase | 05/01/2018 | $ 36,900.00 | $ 7,380.00 | $ 11,808.00 | $ 7,084.80 | $ 4,250.88 | $ 4,250.88 | $ 2,125.44 | $ 36,900.00 |
| 008 | 5-Year | Brush Bandit 250xp Chipper | 1 | Purchase | 05/01/2018 | $ 15,000.00 | $ 3,000.00 | $ 4,800.00 | $ 2,880.00 | $ 1,728.00 | $ 1,728.00 | $ 864.00 | $ 15,000.00 |
| 0010 | 3-Year | Roadway Equipment Trailer w/Tank | 1 | Purchase | 07/01/2018 | $ 2,800.00 | $ 933.24 | $ 1,244.60 | $ 414.68 | $ 207.48 | | | $ 2,800.00 |
| 0012 | 5-Year | Hyundai 210LC-9 Excavator w/grapple & bucket | 1 | Purchase | 07/01/2018 | $ 72,000.00 | $ 14,400.00 | $ 23,040.00 | $ 13,824.00 | $ 8,294.40 | $ 8,294.40 | $ 4,147.20 | $ 72,000.00 |
| 0012 | 5-Year | Atlascopco Compressor | 1 | Purchase | 07/01/2018 | $ 12,400.00 | $ 2,480.00 | $ 3,968.00 | $ 2,380.80 | $ 1,428.48 | $ 1,428.48 | $ 714.24 | $ 12,400.00 |
| 0013 | 3-Year | Negative Air Machines | 46 | Purchase | 09/01/2018 | $ 96,600.00 | $ 32,196.78 | $ 42,938.70 | $ 14,306.46 | $ 7,158.06 | | | $ 96,600.00 |
| 0014 | 5-Year | New Holland WFT75 Agricultural Tractor | 1 | Purchase | 09/01/2018 | $ 38,000.00 | $ 7,600.00 | $ 12,160.00 | $ 7,296.00 | $ 4,377.60 | $ 4,377.60 | $ 2,188.80 | $ 38,000.00 |
| 0015 | 5-Year | Konmar 10' Mowing Deck | 1 | Purchase | 09/01/2018 | $ 9,200.00 | $ 1,840.00 | $ 2,944.00 | $ 1,766.40 | $ 1,059.84 | $ 1,059.84 | $ 529.92 | $ 9,200.00 |
| 0016 | 5-Year | Case 721D Wheel Loader | 1 | Purchase | 09/01/2018 | $ 43,000.00 | $ 8,600.00 | $ 13,760.00 | $ 8,256.00 | $ 4,953.60 | $ 4,953.60 | $ 2,476.80 | $ 43,000.00 |
| 0017 | 5-Year | Case 9030BN Excavator | 1 | Purchase | 09/01/2018 | $ 38,000.00 | $ 7,600.00 | $ 12,160.00 | $ 7,296.00 | $ 4,377.60 | $ 4,377.60 | $ 2,188.80 | $ 38,000.00 |
| 0018 | 5-Year | Indeco Hydraulic Breaker (20 Ton) | 1 | Purchase | 09/01/2018 | $ 15,000.00 | $ 3,000.00 | $ 4,800.00 | $ 2,880.00 | $ 1,728.00 | $ 1,728.00 | $ 864.00 | $ 15,000.00 |
| 0019 | 5-Year | Kobelco 8' Buckets for Skid-steers | 2 | Purchase | 09/01/2018 | $ 3,800.00 | $ 760.00 | $ 1,216.00 | $ 729.60 | $ 437.76 | $ 437.76 | $ 218.88 | $ 3,800.00 |
| 0020 | 5-Year | Slenderline 1925 Generator | 1 | Purchase | 10/01/2018 | $ 7,800.00 | $ 1,560.00 | $ 2,496.00 | $ 1,497.60 | $ 898.56 | $ 898.56 | $ 449.28 | $ 7,800.00 |
| 0021 | 5-Year | Slenderline 2250 Generator | 1 | Purchase | 10/01/2018 | $ 9,400.00 | $ 1,880.00 | $ 3,008.00 | $ 1,804.80 | $ 1,082.88 | $ 1,082.88 | $ 541.44 | $ 9,400.00 |
| 0022 | 5-Year | Welco Benz 5535 Compessor | 1 | Purchase | 10/01/2018 | $ 8,600.00 | $ 1,720.00 | $ 2,752.00 | $ 1,651.20 | $ 990.72 | $ 990.72 | $ 495.36 | $ 8,600.00 |
| 0023 | 3-Year | Honda 2500 Generators | 5 | Purchase | 10/01/2018 | $ 12,400.00 | $ 4,132.92 | $ 5,511.80 | $ 1,836.44 | $ 918.84 | | | $ 12,400.00 |
| 0024 | 3-Year | Grimes 2" Water Pumps | 3 | Purchase | 10/01/2018 | $ 9,300.00 | $ 3,099.69 | $ 4,133.85 | $ 1,377.33 | $ 689.13 | | | $ 9,300.00 |
| 0025 | 3-Year | Gramco 3" Double Diaphram Pumps | 2 | Purchase | 10/01/2018 | $ 11,664.00 | $ 3,887.61 | $ 5,184.65 | $ 1,727.44 | $ 864.30 | | | $ 11,664.00 |
| 0025 | 3-Year | Ford 555 Backhoe w/Extendahoe | 1 | Purchase | 10/01/2018 | $ 18,250.00 | $ 6,082.73 | $ 8,112.13 | $ 2,702.83 | $ 1,352.33 | | | $ 18,250.00 |
| | | | | | | $ 460,114.00 | $ 112,152.97 | $ 166,037.72 | $ 81,712.37 | $ 46,798.46 | $ 35,608.32 | $ 17,804.16 | $ 460,114.00 |

## 2017 MTS Equipment Depreciation Schedule

| MTS # | Table A - General Depreciation | Description | # | Status | Date | Cost | Year 1 33.33% / 20% 2017 | Year 2 44.45% / 32% 2018 | Year 3 14.81% / 19.20% 2019 | Year 4 7.41% / 11.52% 2020 | Year 5 11.52% 2021 | Year 6 5.76% 2022 | Sum Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 5-Year | John Deere 440C Skidder with Chains | 1 | Purchase | 06/01/2017 | $ 26,600.00 | $ 5,320.00 | $ 8,512.00 | $ 5,107.20 | $ 3,064.32 | $ 3,064.32 | $ 1,532.16 | $ 26,600.00 |
| 002 | 5-Year | Ford 650A Backhoe w/grapple | 1 | Purchase | 06/01/2017 | $ 14,200.00 | $ 2,840.00 | $ 4,544.00 | $ 2,726.40 | $ 1,635.84 | $ 1,635.84 | $ 817.92 | $ 14,200.00 |
| 003 | 5-Year | Daewoo S5-5000 w/4 in 1 bucket | 1 | Purchase | 07/01/2017 | $ 9,000.00 | $ 1,800.00 | $ 2,880.00 | $ 1,728.00 | $ 1,036.80 | $ 1,036.80 | $ 518.40 | $ 9,000.00 |
| 004 | 5-Year | John Deere 440C Skidder | 1 | Purchase | 07/01/2017 | $ 9,500.00 | $ 1,900.00 | $ 3,040.00 | $ 1,824.00 | $ 1,094.40 | $ 1,094.40 | $ 547.20 | $ 9,500.00 |
| 005 | 5-Year | Case 850-E Dozer with Winch | 1 | Purchase | 07/01/2017 | $ 26,000.00 | $ 5,200.00 | $ 8,320.00 | $ 4,992.00 | $ 2,995.20 | $ 2,995.20 | $ 1,497.60 | $ 26,000.00 |
| 006 | 3-Year | Roadway Equipment Trailer w/Tank | 2 | Purchase | 07/01/2017 | $ 5,600.00 | $ 1,866.48 | $ 2,489.20 | $ 829.36 | $ 414.96 | | | $ 5,600.00 |
| | | | | Total | | $ 90,900.00 | $ 18,926.48 | $ 29,785.20 | $ 17,206.96 | $ 10,241.52 | $ 9,826.56 | $ 4,913.28 | |

Debtor name    **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Navitas Credit Corp.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**555D Ford Backhoe with Loader** | **$18,864.00** | **$18,250.00** |
| **PO Box 935204**<br>**Atlanta, GA 31193**<br>Creditor's mailing address | Describe the lien<br>**Automobile Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**10/15/2019**<br>**Last 4 digits of account number**<br>**4828** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$18,864.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name   **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**US Dept of the Treasury - Coast**<br>**PO Box 979128**<br>**Saint Louis, MO 63197-9000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,816.42** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number **7416**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**US Dept of the Treasury - IRS**<br>**228 Walnut Street**<br>**Harrisburg, PA 17108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,139.85** | **$0.00** |
| | Date or dates debt was incurred<br>**12/31/2019** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number **7416**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:21-bk-00555-HWV     Doc 1     Filed 03/19/21     Entered 03/19/21 15:36:40     Desc
Main Document     Page 18 of 47

| 2.3 | Priority creditor's name and mailing address **US Dept of the Treasury - IRS** **228 Walnut Street** **Harrisburg, PA 17108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $741,762.69 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **9/30/2019** | Basis for the claim: **Payroll Taxes** | | |
| | Last 4 digits of account number **7416** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address **US Dept of the Treasury - IRS** **228 Walnut Street** **Harrisburg, PA 17108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $254,004.42 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **12/31/2019** | Basis for the claim: **Payroll Taxes** | | |
| | Last 4 digits of account number **7416** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address **US Dept of the Treasury - IRS** **228 Walnut Street** **Harrisburg, PA 17108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,255.22 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **6/30/2018** | Basis for the claim: **Payroll Taxes** | | |
| | Last 4 digits of account number **7416** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address **US Dept of the Treasury - IRS** **228 Walnut Street** **Harrisburg, PA 17108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $197,446.83 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **3/31/2019** | Basis for the claim: **Payroll Taxes** | | |
| | Last 4 digits of account number **7416** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $701,742.10 | $0.00 |
|---|---|---|---|---|

**US Dept of the Treasury - IRS**
**228 Walnut Street**
**Harrisburg, PA 17108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/30/2019**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **7416**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,655.00 |
|---|---|---|---|

**Abram Hoffman**
**33 Wescott Lane**
**Mifflintown, PA 17059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/25/2020**

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,122.72 |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box 734445**
**Chicago, IL 60673-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/30/2020**

Last 4 digits of account number **5869**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.19 |
|---|---|---|---|

**Alpha Graphics**
**4609 Gettysburg Road**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/31/2021**

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,213.28 |
|---|---|---|---|

**Alta Equipment Company**
**29547 Network Place**
**Chicago, IL 60673-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2020**

Last 4 digits of account number **2962**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.66 |
|---|---|---|---|

**Applied Industrial Technologies**
**22510 Network Place**
**Chicago, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2020**

Last 4 digits of account number **8420**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|---|

**Bob Bowers, Inc.**
51 John Street
Westminster, MD 21157

Date(s) debt was incurred _7/23/2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,600.00 |
|---|---|---|---|

**Central PA Properties, LLC**
PO Box 55
Selinsgrove, PA 17870

Date(s) debt was incurred _6/1/2020_

Last 4 digits of account number _reet_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,078.14 |
|---|---|---|---|

**Comcast Business**
PO Box 70219
Philadelphia, PA 19176-0219

Date(s) debt was incurred _12/5/2020_

Last 4 digits of account number _3711_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Bill__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,320.80 |
|---|---|---|---|

**Cristiano Welding Supply**
4961 Birney Avenue
Moosic, PA 18507

Date(s) debt was incurred _11/30/2020_

Last 4 digits of account number _3580_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.80 |
|---|---|---|---|

**E-Z Pass Massachusetts**
EXDriveMA Pmt Processing Center
PO Box 847840
Boston, MA 02284-7840

Date(s) debt was incurred _1/11/2021_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.75 |
|---|---|---|---|

**E-Z Pass New York**
Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

Date(s) debt was incurred _1/6/2021_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.50 |
|---|---|---|---|

**E-Z Pass Virginia**
Violations Processing Center
PO Box 1234
Clifton Forge, VA 24422-0724

Date(s) debt was incurred _1/11/2021_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**Everything Xterior, Inc.**
630 Chrome Road
Oxford, PA 19363

Date(s) debt was incurred **3/22/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.73 |
|---|---|---|---|

**Fraser Advanced Info Systems**
320 Penn Avenue
Reading, PA 19611

Date(s) debt was incurred **8/13/2020**

Last 4 digits of account number **MT46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.82 |
|---|---|---|---|

**Hometown Disposal**
PO Box 5249
New York, NY 10008-5249

Date(s) debt was incurred **12/21/2020**

Last 4 digits of account number **7954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.47 |
|---|---|---|---|

**Hughes Trash Removal, Inc.**
4501 Dave Hill Road
Hampstead, MD 21074-0283

Date(s) debt was incurred **11/1/2020**

Last 4 digits of account number **1883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---|---|---|---|

**Jerre Martin Repair**
391 North Farmersville Road
Ephrata, PA 17522

Date(s) debt was incurred **1/30/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Jesse F. Garver Logging & Trucking**
3376 Schuman Road
Glen Rock, PA 17327

Date(s) debt was incurred **7/13/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,029.66 |
|---|---|---|---|

**Kint Fire Protection**
1300 Crooked Hill Road
Harrisburg, PA 17110-9701

Date(s) debt was incurred **9/24/2020**

Last 4 digits of account number **4154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Marine Technology Solutions, LLC** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,715.60 |
|---|---|---|---|

**Lakeshore Recycling Systems**
PO Box 554884
Detroit, MI 48255-4884

Date(s) debt was incurred __12/4/2020__

Last 4 digits of account number __1242__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $975.00 |
|---|---|---|---|

**Lucinda Potter**
10 Walnut Street
PO Box 908
Waynesboro, PA 17268-0908

Date(s) debt was incurred __2/10/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $220.00 |
|---|---|---|---|

**MedExpress Pennsylvania**
PO Box 7964
Belfast, ME 04915-7900

Date(s) debt was incurred __8/29/2020__

Last 4 digits of account number __3908__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $52.90 |
|---|---|---|---|

**NJ EZ Pass**
PO Box 4971
Trenton, NJ 08650

Date(s) debt was incurred __12/25/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $95.99 |
|---|---|---|---|

**NY Dept of Taxation & Finance**
PO Box 4127
Binghamton, NY 13902-4127

Date(s) debt was incurred __

Last 4 digits of account number __5647__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $26,988.00 |
|---|---|---|---|

**Occupational Safety & Health Admin**
8505 West 183rd Street, Suite C
Tinley Park, IL 60487

Date(s) debt was incurred __4/13/2020__

Last 4 digits of account number __3316__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,421.90 |
|---|---|---|---|

**Overnight Office**
800 Paxton Street
Harrisburg, PA 17104

Date(s) debt was incurred __7/31/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,954.00 |
|---|---|---|---|

**PA Dept of Labor & Industry**
**State Workers Insurance Fund**
**PO Box 5100**
**Scranton, PA 18505-5100**

Date(s) debt was incurred **2/2/2021**

Last 4 digits of account number **4709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,330.90 |
|---|---|---|---|

**PeneTeleData**
**PO Box 401**
**Palmerton, PA 18071-0401**

Date(s) debt was incurred **1/10/2021**

Last 4 digits of account number **4334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,673.50 |
|---|---|---|---|

**Penn Forestry**
**106 Fourth Street**
**PO Box 343**
**Biglerville, PA 17307-0343**

Date(s) debt was incurred **9/18/2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,533.60 |
|---|---|---|---|

**PNC Bank**
**500 First Avenue**
**Pittsburgh, PA 15219**

Date(s) debt was incurred **March 2017**

Last 4 digits of account number **0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.23 |
|---|---|---|---|

**PP&L**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred **12/7/2020**

Last 4 digits of account number **8011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.24 |
|---|---|---|---|

**Praxair**
**PO Box 382000**
**Pittsburgh, PA 15250-8000**

Date(s) debt was incurred **10/31/2020**

Last 4 digits of account number **2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.71 |
|---|---|---|---|

**Ready Refresh**
**PO Box 856680**
**Louisville, KY 40285-6680**

Date(s) debt was incurred **12/8/2020**

Last 4 digits of account number **8324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.07 |
|---|---|---|---|

**Roberts Oxygen**
**PO Box 5507**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2021**

Last 4 digits of account number  **9047**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $565.96 |
|---|---|---|---|

**Rutland Town**
**28411 NYS Route 126**
**Black River, NY 13612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2020**

Last 4 digits of account number  **110**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Selective Insurance**
**Deductible Recovery Group**
**PO Box 6068-17**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2020**

Last 4 digits of account number  **4146**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,126.00 |
|---|---|---|---|

**Selective Insurance Co of America**
**PO Box 371468**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2021**

Last 4 digits of account number  **6749**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Selinsgrove EZ Storage, LLC**
**PO Box 55**
**Selinsgrove, PA 17870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2020**

Last 4 digits of account number  **rail**

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,915.90 |
|---|---|---|---|

**Service Sanitation, Inc.**
**135 Blaine Street**
**Gary, IN 46406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2020**

Last 4 digits of account number  **4828**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.59 |
|---|---|---|---|

**Spectrum Business**
**Time Warner Cable**
**PO Box 4617**
**Carol Stream, IL 60197-4617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number  **6001**

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|------|--------|--------|--------|

**3.41**

Nonpriority creditor's name and mailing address

**The Port Authority of NY & NJ**
**Violations Processing Center**
**PO Box 15186**
**Albany, NY 12212-5186**

Date(s) debt was incurred  12/22/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$66.00**

---

**3.42**

Nonpriority creditor's name and mailing address

**Theordore W. Tharan**
**5875 Route 338**
**Knox, PA 16232**

Date(s) debt was incurred  9/1/2020

Last 4 digits of account number  **Road**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ☐ No ☐ Yes

**$24,200.00**

---

**3.43**

Nonpriority creditor's name and mailing address

**Tom Danley's Disposal, LLC**
**459 Black Mill Road**
**Sunbury, PA 17801**

Date(s) debt was incurred  12/25/2020

Last 4 digits of account number  **293A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$130.00**

---

**3.44**

Nonpriority creditor's name and mailing address

**UGI Utilities**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred  12/30/2020

Last 4 digits of account number  **4650**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ☐ No ☐ Yes

**$110.26**

---

**3.45**

Nonpriority creditor's name and mailing address

**UGI Utilities**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred  2/1/2021

Last 4 digits of account number  **0580**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ☐ No ☐ Yes

**$134.94**

---

**3.46**

Nonpriority creditor's name and mailing address

**UGI Utilities**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred  1/1/2021

Last 4 digits of account number  **5646**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ☒ No ☐ Yes

**$187.46**

---

**3.47**

Nonpriority creditor's name and mailing address

**UGI Utilities**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred  1/1/2021

Last 4 digits of account number  **5572**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ☒ No ☐ Yes

**$202.67**

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,755.67 |
|---|---|---|---|

**United Rentals**
PO Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/30/2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __6699__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,676.74 |
|---|---|---|---|

**Verizon**
PO Box 16801
Newark, NJ 07101-6801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/28/2020__

Basis for the claim: __Utility Bill__

Last 4 digits of account number __100Y__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,250.00 |
|---|---|---|---|

**Watts Center, LLC**
3150 Baltimore Blvd
Finksburg, MD 21048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/1/2020__

Basis for the claim: __Unpaid Rent__

Last 4 digits of account number __Blvd__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.80 |
|---|---|---|---|

**William Services**
12988 North Groghan Road
Natural Bridge, NY 13665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/1/2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __9366__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,677.81 |
|---|---|---|---|

**Williams Scotsman**
PO Box 91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/18/2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __7641__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.02 |
|---|---|---|---|

**Windstream Services, LLC**
PO Box 9001908
Louisville, KY 40290-1908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/14/2020__

Basis for the claim: __Utility Bill__

Last 4 digits of account number __4517__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,036.44 |
|---|---|---|---|

**WVU Hospitals**
PO Box 1127
Morgantown, WV 26507-1127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/31/2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __6501__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.55** | |

**Nonpriority creditor's name and mailing address**

**WVU Medical Corp, dba UHA**
**PO Box 780**
**Morgantown, WV 26507-0780**

Date(s) debt was incurred  8/31/2020

Last 4 digits of account number  9780

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$391.00

---

| | |
|---|---|
| **3.56** | |

**Nonpriority creditor's name and mailing address**

**WVU Medical Corp, dba UHA**
**PO Box 780**
**Morgantown, WV 26507-0780**

Date(s) debt was incurred  9/11/2020

Last 4 digits of account number  1260

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$140.00

---

| | |
|---|---|
| **3.57** | |

**Nonpriority creditor's name and mailing address**

**WVU Medical Corp, dba UHA**
**PO Box 780**
**Morgantown, WV 26507-0780**

Date(s) debt was incurred  8/31/2020

Last 4 digits of account number  5440

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$46.00

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Coast Professional, Inc.**<br>**PO Box 246**<br>**Geneseo, NY 14454** | Line  2.1 <br><br>☐ Not listed. Explain ____ | 2228 |
| 4.2 | **Performant Recovery, Inc.**<br>**PO Box 9056**<br>**Pleasanton, CA 94566-9056** | Line  3.24 <br><br>☐ Not listed. Explain ____ | 5645 |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,938,167.53 |
| **5b. Total claims from Part 2** | 5b.  + | $ 540,461.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,478,628.95 |

Debtor name **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on property located at 30751 Route 3, Felts Mills, NY 13601. Lease agreement term is 6/18/2020 thru 6/17/2021. Payment of $15,600.00 paid to All J's Enterprises, LLC on 6/19/2020. Monthly rent of $1,200.00.** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/17/21** | **All Js Enterprises, LLC** |
| | List the contract number of any government contract | | **23445 Clark Drive** **Dexter, NY 13634** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 9/24/2023** | |
|---|---|---|---|
| | State the term remaining | **9/24/2023** | **Department of the Interior/NPS** |
| | List the contract number of any government contract | **140P5320C0039** | **1100 Ohio Drive** **Washington, DC 20242** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 5/31/2021** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Department of the Interior/NPS** |
| | List the contract number of any government contract | **140P3020P0091** | **1100 Ohio Drive** **Washington, DC 20242** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 5/22/2021** | |
|---|---|---|---|
| | State the term remaining | **5/22/2021** | **Department of the Interior/NPS** **1100 Ohio Drive** **Washington, DC 20242** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract     140P3020P0098

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 5/20/2021** | |
|---|---|---|---|
| | State the term remaining | **5/20/2021** | **Department of the Interior/NPS** |
| | List the contract number of any government contract | 140P3020P0093 | **1100 Ohio Drive** **Washington, DC 20242** |

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/15/2021** | |
|---|---|---|---|
| | State the term remaining | **6/15/2021** | **Department of the Interior/NPS** |
| | List the contract number of any government contract | 140P4220P0061 | **1100 Ohio Drive** **Washington, DC 20242** |

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **6/30/2021** | **Department of the Interior/NPS** |
| | List the contract number of any government contract | 140P3020C0035 | **1100 Ohio Drive** **Washington, DC 20242** |

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 4/15/2021** | |
|---|---|---|---|
| | State the term remaining | **4/15/2021** | **DOI Fish & Wildlife** |
| | List the contract number of any government contract | 140F0420P0255 | **1875 Century Blvd** **Atlanta, GA 30345** |

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 7/14/2025** | |
|---|---|---|---|
| | State the term remaining | **7/14/2025** | **Nat'l Oceanic & Atmospheric Admin** |
| | List the contract number of any government contract | 1305M220PNWWG0361 | **200 Granby Street** **Norfolk, VA 23510** |

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/24/2025** | |
|---|---|---|---|
| | State the term remaining | **6/24/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5251** | **5418 South Scott Plaza**<br>**Fort Dix, NJ 08640** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 7/19/2025** | |
|---|---|---|---|
| | State the term remaining | **7/19/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5150** | **5418 South Scott Plaza**<br>**Fort Dix, NJ 08640** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 7/27/2025** | |
|---|---|---|---|
| | State the term remaining | **7/27/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5189** | **5418 South Scott Plaza**<br>**Fort Dix, NJ 08640** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/15/2025** | |
|---|---|---|---|
| | State the term remaining | **6/15/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5121** | **5418 South Scott Plaza**<br>**Fort Dix, NJ 08640** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 8/4/2025** | |
|---|---|---|---|
| | State the term remaining | **8/4/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5196** | **5418 South Scott Plaza**<br>**Fort Dix, NJ 08640** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/22/2025** | |
|---|---|---|---|
| | State the term remaining | **6/22/2025** | **US Army Contracting Command** |
| | List the contract number of any | **W15QKN-20-P-5124** | **5418 South Scott Plaza**<br>**Fort Dix, NJ 08640** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/18/2025** | |
|---|---|---|---|
| | State the term remaining | **6/18/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5130** | **5418 South Scott Plaza Fort Dix, NJ 08640** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 6/27/2025** | |
|---|---|---|---|
| | State the term remaining | **6/27/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5173** | **5418 South Scott Plaza Fort Dix, NJ 08640** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 5/17/2025** | |
|---|---|---|---|
| | State the term remaining | **5/17/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5091** | **5418 South Scott Plaza Fort Dix, NJ 08640** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 8/9/2021** | |
|---|---|---|---|
| | State the term remaining | **8/9/2021** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-P-5203** | **5418 South Scott Plaza Fort Dix, NJ 08640** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 8/25/2025** | |
|---|---|---|---|
| | State the term remaining | **8/25/2025** | **US Army Contracting Command** |
| | List the contract number of any government contract | **W15QKN-20-D-5068** | **5418 South Scott Plaza Fort Dix, NJ 08640** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 8/20/2025** | **US Army Contracting Command** **5418 South Scott Plaza Fort Dix, NJ 08640** |
|---|---|---|---|



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **8/20/2025** | |
|---|---|---|---|
| | List the contract number of any government contract | **W15QKN-20-D-5070** | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 2/29/2024** | |
|---|---|---|---|
| | State the term remaining | **2/29/2024** | **US Army Corps of Engineers 1000 Liberty Avenue Pittsburgh, PA 15222** |
| | List the contract number of any government contract | **W911WN-20-D-3009** | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 11/30/2024** | |
|---|---|---|---|
| | State the term remaining | **11/30/2024** | **US Army Corps of Engineers 1000 Liberty Avenue Pittsburgh, PA 15222** |
| | List the contract number of any government contract | **W911WN-20-D-3000** | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 8/3/2025** | |
|---|---|---|---|
| | State the term remaining | **8/3/2025** | **USDA Forest Service 811 Constitution Avenue Bedford, IN 47421** |
| | List the contract number of any government contract | **12026120F0123** | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor - Expires 9/19/2020** | |
|---|---|---|---|
| | State the term remaining | **9/19/2020** | **USDA Forest Service 811 Constitution Avenue Bedford, IN 47421** |
| | List the contract number of any government contract | **12343419P0041** | |

Debtor name    **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Marine Technology Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$111,906.68** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Sale of cars and equipment** | **$160,148.46** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| **US Dept of the Treasury - IRS** <br> **228 Walnut Street** <br> **PO Box 866** <br> **Harrisburg, PA 17108** | **Levy on bank accounts** <br> Last 4 digits of account number: _____ | **1/20/2021** | **$26,566.88** |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **US Dept of the Treasury v. Marine Technology Solutions, an LLC, Mts** <br> **JD-0126-2020** | **Civil Judgment** | **Snyder County Court of Common Pleas** <br> **Snyder County Courthouse** <br> **9 West Market Street** <br> **Middleburg, PA 17842** | ☐ Pending <br> ☐ On appeal <br> ■ Concluded |
| 7.2. | **KCK v. Hilco Redevelopment, LLC** <br> **19-CV-5173** | **Scrap Metal** | **US District Ct Northern District of IL** <br> **United States Courthouse** <br> **219 South Dearborn Street** <br> **Chicago, IL 60604** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Solis, et al. v. MCM Management Corporation, et al.**<br>20-CV-02348 | **Class Action - Liability for Ultrahazardous Activity, Negligence, Negligent Infliction of Emotional Distress, Nuisance, Trespass, Assault & Battery, Medical Monitoring, Title VI** | **US District Ct Northern District of IL**<br>**United States Courthouse**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Ramirez-Mercado v. MCM Management Corp, et al.**<br>2020-L-04286 | **Negligent Infliction of Emotional Distress, Negligence, Medical Monitoring** | **Circuit Court of Cook County, Illinois**<br>**50 West Washington Street, Room 1001**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **People of the State of Illinois ex rel. Kwame Raoul, Attorney General of the State of IL v. Hilco Redevelopment Partners, HRP Exchange 55 LLC, MCM Management Corp. and Controlled Demolition**<br>20-CH-04076 | **Air Pollution** | **Circuit Court of Cook County, Illinois**<br>**50 West Washington Street, Room 1001**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Daniel Moreno v. Hilco Redevelopment Partners, HRE Crawford LLC and HRP Exchange 55 LLC**<br>20-CH-04132 | **Negligence, Nuisance, Trespass** | **Circuit Court of Cook County, Illinois**<br>**50 West Washington Street, Room 1001**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Northern Divers USA v. HRP Exchange 55, LLC, PCCP Credit IX Reit-Sub Holdco LLC, MCM Management Corp, Marine Technology Solutions, Unknown Owners, Non Record Claimants, Unknown Necessary Parties**<br>20-CH-04222 | **Foreclose Mechanics Lien and Other Relief** | **Circuit Court of Cook County, Illinois**<br>**50 West Washington Street, Room 1001**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Estate of Reynaldo Grimaldo v. MCM Management Corp, et al.**<br>20-L-00059 | **Wrongful Death** | **Circuit Court of Cook County, Illinois**<br>**50 West Washington Street, Room 1001**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Aramsco Inc. v. Marine Technology Solutions LLC**<br>CV-310-2020 | **Breach of Written Contract** | **Snyder County, PA Court of Common Pleas**<br>**9 West Market Street**<br>**Middleburg, PA 17842** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10 **LaGrance Crane Services, Inc. v. Marine Technology Solutions, LLC** 2019-L-040666 | **Collection/Judgment Order** | **Circuit Court of Cook County, Illinois 50 West Washington Street, Room 1001 Chicago, IL 60602** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.11 **Occupational Training & Supply, Inc. v. Marine Techonology Solutions LLC** 2020-M1-104047 | **Motion for Default** | **Circuit Court of Cook County, Illinois 50 West Washington Street, Room 1001 Chicago, IL 60602** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.12 **Service Sanitation Inc. v. Marine Technology Solutions LLC** CV-440-2020 | | **Snyder County, PA Court of Common Pleas 9 West Market Street Middleburg, PA 17842** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.13 **Willie B. Cole v. Hilco Development, LLP, et al.** 2020-L-013823 | **Personal Injury** | **Circuit Court of Cook County, Illinois 50 West Washington Street, Room 1001 Chicago, IL 60602** | ■ Pending ☐ On appeal ☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:      Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:      Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:      Certain Payments or Transfers**

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Kerstetter Law Office**<br>**3948 Westbranch Highway**<br>**Lewisburg, PA 17837** | **Attorney Fees** | | **$10,000.00** |
| **Email or website address**<br>**brian@kerstetterlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Rheam Law, PC**<br>**533 North Derr Drive**<br>**Lewisburg, PA 17837** | **Attorney Fees** | | **$1,200.00** |
| **Email or website address**<br>**dan@rheamlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **333 South Market Street, Suite B**<br>**Selinsgrove, PA 17870** | **6/1/2017-Present** |
| 14.2. **353 North Susquehanna Trail**<br>**Selinsgrove, PA 17870** | **6/1/2020-12/1/2020** |

Case 1:21-bk-00555-HWV    Doc 1    Filed 03/19/21    Entered 03/19/21 15:36:40    Desc
Main Document    Page 39 of 47

| Address | Dates of occupancy From-To |
|---|---|
| 14.3. | **30751 Route 3** **Felts Mills, NY 13638** | **6/18/2020-9/30/2020** |
| 14.4. | **3150-R Baltimore Blvd, Unit G** **Finksburg, MD 21048** | **7/1/2020-11/30/2020** |
| 14.5. | **6383 Canoe Ripple Road** **Knox, PA 16232** | **9/1/2020-11/30/2020** |
| 14.6. | **3501 North Pulaski Highway** **Chicago, IL 60623** | **5/2018-1/2020** |
| 14.7. | **1430 Sparrows Point Road** **Sparrows Point, MD 21219** | **6/2018-5/2019** |

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Central PA Self Storage Market Street Selinsgrove, PA 17870** | **Clarence LaMora 608 North Front Street Liverpool, PA 17045** | **All contents of Selinsgrove, Knox & Felts Mills offices.** | ☐ No ■ Yes |
| **Liddicks Self Storage 1764 Old Trail Road Liverpool, PA 17045** | **Clarence LaMora 608 North Front Street Liverpool, PA 17045** | **All contents of Finksburg, MD office and warehouse** | ☐ No ■ Yes |
| **Anker Trucking, Inc. 19790 Burnham Avenue Chicago Heights, IL 60411** | **Clarence LaMora 608 North Front Street Liverpool, PA 17045** | **Equipment from Chicago projects** | ☐ No ■ Yes |
| **Extra Space Storage 1301 South Harlem Avenue Berwyn, IL 60402** | **Clarence LaMora 608 North Front Street Liverpool, PA 17045** | **Equipment from Chicago projects** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐    No.
■    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **People of the State of Illinois ex rel. Kwame Raoul, Attorney General of the State of IL v. Hilco Redevelopment Partners, HRP Exchange 55 LLC, MCM Management Corp. and Controlled Demolition**<br>**20-CH-04076** | **Circuit Court of Cook County, Illinois**<br>**50 West Washington Street, Room 1001**<br>**Chicago, IL 60602** | **Air Pollution** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Clarence LaMora**<br>**PO Box 422**<br>**Liverpool, PA 17045** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Chadler Solutions**<br>**100 Passaic Avenue, Suite 120**<br>**Fairfield, NJ 07004** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Daniel Osborne** | **9/1/2020** | **$445,113.01 Cost Basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Clarence LaMora**<br>**PO Box 422**<br>**Liverpool, PA 17045** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Clarence LaMora** | **PO Box 422**<br>**Liverpool, PA 17045** | **President** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2021**

**/s/ Clarence LaMora**                                    **Clarence LaMora**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Marine Technology Solutions, LLC**       Case No. _____

                                        Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 19, 2021**                           **/s/ Brian L. Kerstetter, Esquire**

*Date*                                          **Brian L. Kerstetter, Esquire**

                                                 *Signature of Attorney*

                                                 **Kerstetter Law Office**
                                                 **3948 Westbranch Highway**
                                                 **Lewisburg, PA 17837**
                                                 **(570) 524-6020   Fax: (570) 524-6050**
                                                 **brian@kerstetterlaw.com**

                                                 *Name of law firm*

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re   **Marine Technology Solutions, LLC** _____   Case No. _____

                                      Debtor(s)             Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 19, 2021** _____      **/s/ Clarence LaMora** _____

                                                            **Clarence LaMora**/President
                                                            Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    __Marine Technology Solutions, LLC__                  Case No. _____

                                        Debtor(s)                  Chapter     __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Marine Technology Solutions, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 19, 2021__
Date

__/s/ Brian L. Kerstetter, Esquire__
__Brian L. Kerstetter, Esquire__
Signature of Attorney or Litigant
Counsel for    __Marine Technology Solutions, LLC__
__Kerstetter Law Office__
__3948 Westbranch Highway__
__Lewisburg, PA 17837__
__(570) 524-6020 Fax:(570) 524-6050__
__brian@kerstetterlaw.com__

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy