# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE TO CLERK AND UNTITED STATES TRUSTEE OF CHANGE
## FROM NO ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following No Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

1. NAME OF CASE: Marine Technology Solutions, LLC

2. CASE NO.: 1-21-00555-HWV

3. AMOUNT OF FUNDS ON HAND: $0.00

4. If there are no funds on hand but assets that will produce funds for this estate, indicate actual or estimated value of assets:

    ACTUAL VALUE:                    ESTIMATED VALUE: $200,000.00

5. NOTICE TO CREDITORS TO FILE CLAIMS AS INDICATED:

    (X)   Send appropriate notice to creditors to file proofs of claim

    ( )   Do not notice creditors to file claims at this time. I will advise when appropriate to notice creditors

6. OTHER INFORMATION RELATING TO STATUS OF CASE:


Dated: April 5, 2021                    /s/ Leon P. Haller
                                        Leon P. Haller, Chapter 7 Trustee
                                        1719 North Front Street
                                        Harrisburg, PA 17102
                                        (717) 234-4178

(File original with Clerk, copy to U.S. Trustee)


                                                            UST-PA-MD-5
                                                            (Apr. 1988)