| | |
|---|---|
| In re: | Case No. 21-00555-HWV |
| Marine Technology Solutions, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 06, 2021 | Form ID: ntasset | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marine Technology Solutions, LLC, PO Box 422, Liverpool, PA 17045-0422 |
| cr | + | Brandes & Cassagnol Engineers, PC, c/o Law Offices of Bradley Daniel Birg,, 79 West Monroe Street, Suite 1020, Chicago, IL 60603-4964 |
| 5396821 | + | Abram Hoffman, 33 Wescott Lane, Mifflintown, PA 17059-7979 |
| 5396822 | | Airgas USA, LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5396823 | + | All Js Enterprises, LLC, 23445 Clark Drive, Dexter, NY 13634-3143 |
| 5396824 | + | Alpha Graphics, 4609 Gettysburg Road, Mechanicsburg, PA 17055-4324 |
| 5396825 | | Alta Equipment Company, 29547 Network Place, Chicago, IL 60673-1295 |
| 5396826 | | Applied Industrial Technologies, 22510 Network Place, Chicago, IL 60673-1225 |
| 5396827 | + | Bob Bowers, Inc., 51 John Street, Westminster, MD 21157-4809 |
| 5399850 | + | Brandes & Cassagnol Engineers, PC c/o, Law Offices Bradley Daniel Birg, P.C., 79 West Monroe Street, Suite 1020, Chicago, Illinois 60603-4964 |
| 5396828 | + | Central PA Properties, LLC, PO Box 55, Selinsgrove, PA 17870-0055 |
| 5396829 | + | Coast Professional, Inc., PO Box 246, Geneseo, NY 14454-0246 |
| 5396831 | + | Cristiano Welding Supply, 4961 Birney Avenue, Moosic, PA 18507-1205 |
| 5396833 | + | DOI Fish & Wildlife, 1875 Century Blvd, Atlanta, GA 30345-3325 |
| 5396832 | + | Department of the Interior/NPS, 1100 Ohio Drive, Washington, DC 20242-0001 |
| 5396834 | | E-Z Pass Massachusetts, EXDriveMA Pmt Processing Center, PO Box 847840, Boston, MA 02284-7840 |
| 5396835 | | E-Z Pass New York, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 5396836 | | E-Z Pass Virginia, Violations Processing Center, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 5396837 | + | Everything Xterior, Inc., 630 Chrome Road, Oxford, PA 19363-2627 |
| 5396838 | + | Fraser Advanced Info Systems, 320 Penn Avenue, Reading, PA 19611-1127 |
| 5396839 | | Hometown Disposal, PO Box 5249, New York, NY 10008-5249 |
| 5396840 | + | Hughes Trash Removal, Inc., 4501 Dave Hill Road, Hampstead, MD 21074-2531 |
| 5396841 | + | Jerre Martin Repair, 391 North Farmersville Road, Ephrata, PA 17522-8725 |
| 5396842 | + | Jesse F. Garver Logging & Trucking, 3376 Schuman Road, Glen Rock, PA 17327-8141 |
| 5396844 | | Lakeshore Recycling Systems, PO Box 554884, Detroit, MI 48255-4884 |
| 5396845 | | Lucinda Potter, 10 Walnut Street, PO Box 908, Waynesboro, PA 17268-0908 |
| 5396846 | | MedExpress Pennsylvania, PO Box 7964, Belfast, ME 04915-7900 |
| 5396849 | + | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 5396850 | | NY Dept of Taxaation & Finance, PO Box 4127, Binghamton, NY 13902-4127 |
| 5396847 | + | Nat'l Oceanic & Atmospheric Admin, 200 Granby Street, Norfolk, VA 23510-1811 |
| 5396851 | + | Occupational Safety & Health Admin, 8505 West 183rd Street, Suite C, Tinley Park, IL 60487-9354 |
| 5396852 | + | Overnight Office, 800 Paxton Street, Harrisburg, PA 17104-1652 |
| 5396853 | | PA Dept of Labor & Industry, State Workers Insurance Fund, PO Box 5100, Scranton, PA 18505-5100 |
| 5396858 | + | PP&L, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5396854 | | PeneTeleData, PO Box 401, Palmerton, PA 18071-0401 |
| 5396855 | | Penn Forestry, 106 Fourth Street, PO Box 343, Biglerville, PA 17307-0343 |
| 5396856 | | Performant Recovery, Inc., PO Box 9056, Pleasanton, CA 94566-9056 |
| 5396859 | | Praxair, PO Box 382000, Pittsburgh, PA 15250-8000 |
| 5396860 | | Ready Refresh, PO Box 856680, Louisville, KY 40285-6680 |
| 5396861 | + | Roberts Oxygen, PO Box 5507, Derwood, MD 20855-0507 |
| 5396862 | + | Rutland Town, 28411 NYS Route 126, Black River, NY 13612-2178 |
| 5396863 | | Selective Insurance, Deductible Recovery Group, PO Box 6068-17, Hermitage, PA 16148 |
| 5396865 | + | Selinsgrove EZ Storage, LLC, PO Box 55, Selinsgrove, PA 17870-0055 |
| 5396867 | | Spectrum Business, Time Warner Cable, PO Box 4617, Carol Stream, IL 60197-4617 |
| 5396868 | | The Port Authority of NY & NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 5396869 | + | Theordore W. Tharan, 5875 Route 338, Knox, PA 16232-4549 |

| | | |
|---|---|---|
| 5396870 | + | Tom Danley's Disposal, LLC, 459 Black Mill Road, Sunbury, PA 17801-5840 |
| 5396871 | + | UGI Utilities, PO Box 15503, Wilmington, DE 19850-5503 |
| 5396873 | + | US Army Contracting Command, 5418 South Scott Plaza, Fort Dix, NJ 08640-5003 |
| 5396874 | + | US Army Corps of Engineers, 1000 Liberty Avenue, Pittsburgh, PA 15222-4186 |
| 5396875 | | US Dept of the Treasury - Coast, PO Box 979128, Saint Louis, MO 63197-9000 |
| 5396876 | + | US Dept of the Treasury - IRS, 228 Walnut Street, Harrisburg, PA 17101-1714 |
| 5396877 | + | USDA Forest Service, 811 Constitution Avenue, Bedford, IN 47421-9599 |
| 5396878 | | Verizon, PO Box 16801, Newark, NJ 07101-6801 |
| 5396884 | | WVU Medical Corp, dba UHA, PO Box 780, Morgantown, WV 26507-0780 |
| 5396879 | + | Watts Center, LLC, 3150 Baltimore Blvd, Finksburg, MD 21048-2332 |
| 5396880 | + | William Services, 12988 North Groghan Road, Natural Bridge, NY 13665-3172 |
| 5396881 | | Williams Scotsman, PO Box 91975, Chicago, IL 60693-1975 |
| 5396882 | | Windstream Services, LLC, PO Box 9001908, Louisville, KY 40290-1908 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5396830 | | EDI: COMCASTCBLCENT | Apr 06 2021 22:58:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5396843 | | Email/Text: account@kintcorp.com | Apr 06 2021 19:06:00 | Kint Fire Protection, 1300 Crooked Hill Road, Harrisburg, PA 17110-9701 |
| 5396848 | | Email/Text: ServicingAdmin@navitascredit.com | Apr 06 2021 19:06:00 | Navitas Credit Corp., PO Box 935204, Atlanta, GA 31193 |
| 5396857 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2021 19:06:00 | PNC Bank, 500 First Avenue, Pittsburgh, PA 15219 |
| 5396864 | + | Email/Text: Bankruptcy@selective.com | Apr 06 2021 19:06:00 | Selective Insurance Co of America, PO Box 371468, Pittsburgh, PA 15250-7468 |
| 5396866 | + | Email/Text: sara@servicesanitation.com | Apr 06 2021 19:07:08 | Service Sanitation, Inc., 135 Blaine Street, Gary, IN 46406-1245 |
| 5396872 | | Email/PDF: sluna@ur.com | Apr 06 2021 19:22:08 | United Rentals, PO Box 100711, Atlanta, GA 30384-0711 |
| 5396883 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 06 2021 19:06:00 | WVU Hospitals, PO Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian L. Kerstetter | on behalf of Debtor 1 Marine Technology Solutions LLC crissy@kerstetterlaw.com, brian@kerstetterlaw.com |
| Kara Katherine Gendron | on behalf of Creditor Brandes & Cassagnol Engineers PC karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Leon P Haller | on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marine Technology Solutions, LLC,  Chapter  7

**Debtor 1**

Case No.  1:21−bk−00555−HWV

Social Security No.:

Employer's Tax I.D. No.:
81−4787416

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **July 7, 2021**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristinaKovach, Deputy Clerk

Date: April 6, 2021

ntasset(B204)(05/18)