| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marine Technology Solutions, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:21-bk-00555** |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 6416**<br>**Carol Stream, IL 60197-6416**<br>Date(s) debt was incurred **3/16/21**<br>Last 4 digits of account number **4533** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Bill**<br>Is the claim subject to offset? ■ No ☐ Yes | $292.58 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Earlbeck Gases & Technologies**<br>**8204 Polaski Highway**<br>**Rosedale, MD 21237**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $6,431.16 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Express Lanes**<br>**PO Box 23530**<br>**Alexandria, VA 22304**<br>Date(s) debt was incurred **3/12/2021**<br>Last 4 digits of account number **0005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Toll Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $29.50 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**PA Department of Revenue**<br>**PO Box 280904**<br>**Harrisburg, PA 17128-0904**<br>Date(s) debt was incurred **12/31/2020**<br>Last 4 digits of account number **2567** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,672.52 |

| Debtor | Marine Technology Solutions, LLC | Case number (if known) | 1:21-bk-00555 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Payliance**<br>**2 Easton Oval, Suite 310**<br>**Columbus, OH 43219-6011**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **7512** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **USPS**<br>Is the claim subject to offset? ■ No ☐ Yes | $90.50 |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>**USACE Finance Center**<br>**CEFC-FD**<br>**5722 Integrity Drive**<br>**Millington, TN 38054**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Overpayment of Prompt Pay Interest**<br>Is the claim subject to offset? ■ No ☐ Yes | $121.93 |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **JSD Management, Inc.**<br>**1283 College Park Drive**<br>**Dover, DE 19904** | Line **3.2**<br>☐ Not listed. Explain ____ | **3595** |
| 4.2 | **PA Department of Revenue**<br>**1854 Brookwood Street**<br>**Harrisburg, PA 17104** | Line **3.4**<br>☐ Not listed. Explain ____ | **2567** |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,638.19 |
| 5c. Total of Parts 1 and 2<br>  Lines 5a + 5b = 5c. | 5c. | $ | 8,638.19 |